# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JIGGS DEAN COMPTON**                                              **PETITIONER**

No. 4:25-cv-00009 JM/PSH

**STATE OF ARKANSAS**                                               **RESPONDENT**

## PROPOSED FINDINGS AND RECOMMENDATION

## INSTRUCTIONS

The following Recommendation has been sent to United States District Judge James M. Moody, Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

1

## DISPOSITION

Petitioner Jiggs Dean Compton ("Compton") filed a petition for writ of habeas corpus and a motion to proceed *in forma pauperis* on January 6, 2025.  The Court subsequently denied the motion to proceed *in forma pauperis*, finding Compton has the means to pay the filing fee.

Compton was given up to, and including, February 10, 2025, to pay the filing fee.  He was also informed, consistent with Local Rule 5.5, that his failure to pay the fee would result in the recommended dismissal of the case without prejudice.

Compton has not responded to the Court's January 8 Order. Under these circumstances, the Court concludes that Compton's petition should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's Order.  *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case

for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

Therefore, the Court recommends that Compton's petition for writ of habeas corpus be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's Order.

Pursuant to 28 U.S.C. § 2253 and Rule 11 of the Rules Governing Section 2554 Cases in the United States District Court, the Court must determine whether to issue a certificate of appealability in the final order. In § 2254 cases, a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253 (c) (1)-(2). The Court finds no issue on which petitioner has made a Substantial showing of a denial of a constitutional right. Thus, the Court recommends that the certificate of appealability be denied.

IT IS SO ORDERED this 4th day of March, 2025.

_____
UNITED STATES MAGISTRATE JUDGE