# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JIGGS DEAN COMPTON**                                **PETITIONER**

**4:25-cv-00009 JM/PSH**

**STATE OF ARKANSAS**                                 **RESPONDENT**

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris. Petitioner has filed timely objections and states that he did not receive the Court's previous order requiring that he pay the five dollar filing fee. Accordingly, the Court declines to adopt the Recommended Disposition.

Petitioner is given up to and including April 14, 2025, to pay the five dollar filing fee. In the event that he fails to pay the filing

1

fee by the close of business on April 14, 2025, the case will be dismissed without prejudice.

IT IS SO ORDERED this 14th day of March, 2025.

_____
UNITED STATES DISTRICT JUDGE