IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JIGGS DEAN COMPTON**                                              **PETITIONER**

v.                       NO. 4:25-cv-00009-JM

**DEXTER PAYNE**[1]                                                **RESPONDENT**

ORDER

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Although Petitioner states that he has paid the filing fee, the Court has not received payment. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by

---

[1] Petitioner Jiggs Dean Compton joined the State of Arkansas as the respondent in this case. Compton, though, is in the custody of Dexter Payne ("Payne"), the Director of the Arkansas Division of Correction. Payne is the correct respondent in this case, and the Clerk of the Court shall therefore enter Payne's name as the respondent.

petitioner Jiggs Dean Compton is dismissed without prejudice. Judgment will be entered for respondent Dexter Payne.

    IT IS SO ORDERED this 27th day of May, 2025.

                                                               _____
                                                                UNITED STATES DISTRICT JUDGE