IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JIGGS DEAN COMPTON                                                    PETITIONER

v.                          NO. 4:25-cv-00009-JM

DEXTER PAYNE                                                          RESPONDENT

JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Dexter Payne.

IT IS SO ORDERED this 27th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE