**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JIGGS DEAN COMPTON**                                                      **PETITIONER**

**v.**                              **NO. 4:25-cv-00009-JM**

**DEXTER PAYNE**                                                             **RESPONDENT**

JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Dexter Payne.

IT IS SO ORDERED this 3rd day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE